# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

127952

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 127952
                                          COA: 258447
                                          Genesee CC: 01-008205-FH

JEROME EUGENE MILTON,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

                                         Clerk

s1006